UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YADIRA TORRES,

          Plaintiff,

    v.                                      12 Civ. 4408 (JGK)

RR DONNELLEY FINANCIAL, INC.,
and JOHN HILI, individually,

          Defendants.
----------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the captioned action is hereby dismissed with prejudice. The parties are to bear their own costs.

Dated: October __, 2012

ARCE LAW GROUP, P.C.                              VEDDER PRICE P.C.

By: _____                           By: _____
    Laura Ynchman                                          Jonathan A. Wexler
Attorneys for Plaintiff                                   Attorneys for Defendants

30 Broad Street, 35th Floor                    1633 Broadway – 47th Floor
New York, New York 10004                  New York, New York 10019
Tel. (212) 248-0120                                    Tel. (212) 407-7732
Fax (212) 587-4169                                      Fax (212) 407-7799

SO ORDERED:

_____     11/19/12
JOHN G. KOELTL, U.S.D.J.    Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/19/12

NEWYORK/#304654.1